

FILED

08/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0147

_____

PLANNED PARENTHOOD OF MONTANA, and
SAMUEL DICKMAN, M.D., on behalf of
themselves and their patients,

     Plaintiffs and Appellees,

  v.

STATE OF MONTANA, by and through
AUSTIN KNUDSEN, in his official capacity as
Attorney General,

     Defendant and Appellant.

ORDER

FILED

AUG 2 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

     Amy Myrick, of New York City, New York, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

     Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the second appearance of Petitioner and the sixth appearance of Petitioner's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

     IT IS HEREBY ORDERED that the application of Amy Myrick to appear pro hac vice in the above-entitled cause is GRANTED.

     The Clerk is directed to provide copies of this order to Amy Myrick, to all counsel of record in this appeal, and to the State Bar of Montana.

     DATED this 21st day of August 2024.

For the Court,

By _____
                                Justice